*143 So. 836*

### Howard PERRY v. STATE.

### 6 Div. 206.

Supreme Court of Alabama.

Oct. 13, 1932.

J. L. Stephenson, of Parrish, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Howard Perry for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Perry v. State, 143 So. 835.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.